No. 548, Misc. COLLINS *v.* CALIFORNIA. 

*Per Curiam:* The appeal is dismissed for want of a substantial federal question.